IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES M. BROADHEAD, #224 802, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:19-CV-29-WHA [WO] |
| OFFICER C/O T. YOUNGBLOOD, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge entered on January 14, 2019. Doc. 2. There being no timely objection filed to the Recommendation, and upon independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to pay the filing and administrative fees upon initiation of his case.

An appropriate judgment will be entered.

Done, this 14th day of February 2019.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE